# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
ADC #091418

V.   NO. 4:24-cv-00882-BRW

**HANDLEY PLUMMER**, *et al.*   **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 4) from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Elmore's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Elmore's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. The Motion for Order (Doc. No. 6) is DENIED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The Clerk is instructed to close this case.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 14th day of November, 2024.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE