IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**                                                    **PLAINTIFF**
**ADC #091418**

V.                          **NO. 4:24-cv-00882-BRW**

**HANDLEY PLUMMER,** *et al*.                         **DEFENDANTS**

## **JUDGMENT**

Consistent with today's Order, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14th day of November, 2024.

                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE